

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Paula Atkinson, Appellant

No. 06-24-00024-CV          v.

Land Endeavors, LLC, and Allen L. Evans, Appellees

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2023-089). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. Concurring Opinion by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for lack of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Paula Atkinson, pay all costs incurred by reason of this appeal.

RENDERED JUNE 27, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk